**Frank I. Brown, appellee, v. Hummer Garage & Service Company, appellant. Gen. No. 28,273.**

Suit for labor and services. Judgment for plaintiff. Appeal from the City Court of Chicago Heights; the Hon. Lee W. Carrier, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed April 30, 1924.

Lindhout & Lindhout, for appellant. Abbott, Hood & Smith, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Dr. O. W. Rest, appellee, v. Harry Moskow, appellant. Gen. No. 28,383.**

Claim for damages to automobile by collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed April 30, 1924.

Frank L. Tuttle, for appellant. No appearance for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**S. R. Harris, appellee, v. Alexander G. Stavrou, appellant. Gen. No. 28,411.**

Fourth-class action for commission for obtaining loan. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed April 30, 1924.

G. A. Buresh, Henry L. Blim and D. A. Tasiopoulos, for appellant. Luby & Ewen, for appellee; William R. T. Ewen, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Arthur G. Du Val, appellee, v. Christina Hansen, also known as Inga C. Hansen, now known as Inga C. Bloom, appellant. Gen. No. 28,421.**

Suit for commissions for sale of real estate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Thomas J. Peden, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed April 30, 1924.

William G. Wise and Worth E. Caylor, for appellant. Michael Koch, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Le Louvre, appellee, v. West End Cleaners & Dyers, appellant. Gen. No. 28,433.**

Suit for money had and received. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed April 30, 1924.

Benjamin E. Cohen, for appellant. No appearance for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.